Thomas J. Tanksley, Esq.
Thomas J. Tanksley, Ltd.
Nev. Bar #0431
8683 W. Sahara Ave. #230
Las Vegas, NV 89117
(702) 382-1700 fax 341-1144
Email: lawbytank@aol.com
Attorney for Nathaniel Banks, Jr., Plaintiff

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| NATHANIEL BANKS, JR., <br>     Plaintiff, <br> vs. <br> CLARK COUNTY, NEVADA, a Governmental Body or Entity; CLARK COUNTY PUBLIC DEFENDER PHILIP J. KOHN, Individually and also the AGENCY or OFFICE itself of CLARK COUNTY PUBLIC DEFENDER; TIERRA D. JONES, Individually and as a Deputy Clark County Public Defender; LAS VEGAS JUSTICE COURT; CLARK COUNTY DETENTION CENTER; Doe Individuals or Administrators 1-10, Roe Entities 1-10, Roe Institutions and Agencies 11-20, <br>     Defendants. | Case No.: 2:09-CV-02424 |

NOTICE OF PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff NATHANIEL BANKS, JR. ("Plaintiff" or "Banks"), hereby asserts his demand for jury trial of all issues at the time of trial which are triable to a jury.

Thomas J. Tanksley, Ltd.

   /s/ Thomas J. Tanksley   1-11-2010
Thomas J. Tanksley, Esq.
Nevada Bar No. 0431
8683 W. Sahara Ave. #230
Las Vegas, NV 89117
Tel. (702) 382-1700  Fax. 341-1144
Lawbytank@aol.com
Attorney for Nathaniel Banks, Jr., Plaintiff