1  Thomas J. Tanksley, Esq.
   Thomas J. Tanksley, Ltd.
2  Nev. Bar #0431
   8683 W. Sahara Ave. #230
3  Las Vegas, NV 89117
   (702) 382-1700 fax 341-1144
4  Email: lawbytank@aol.com
   Attorney for Nathaniel Banks, Jr., Plaintiff
5
                    UNITED STATES DISTRICT COURT
6                      CLARK COUNTY, NEVADA

7  NATHANIEL BANKS, JR.,            )   Case No.:  2:09-CV-02424
          Plaintiff,                )
8  vs.                              )
                                    )
9  CLARK COUNTY, NEVADA, a          )
   Governmental Body or Entity;     )
10 CLARK COUNTY PUBLIC DEFENDER     )   APPLICATION FOR LEAVE TO FILE
   PHILIP J. KOHN, Individually and also )  PLAINTIFF'S REQUEST FOR JUDICIAL
11 the AGENCY or OFFICE itself of   )   NOTICE OF NEVADA SUPREME COURT
   CLARK COUNTY PUBLIC DEFENDER;    )   ADMINISTRATIVE ORDER NO. 411  RE:
12 TIERRA  D. JONES,  Individually and as a )  OPPOSITION TO MOTIONS TO DISMISS
   Deputy Clark County Public Defender; )
13 LAS VEGAS JUSTICE COURT;         )
   CLARK COUNTY DETENTION CENTER;)
14 Doe Individuals or Administrators 1-10, )   [HEARING DATE: MARCH 29, 2009]
   Roe Entities 1-10,               )           [10:00 A.M.]
15 Roe Institutions and Agencies 11-20, )
          Defendants.                )
16
        Plaintiff Nathan Banks, Jr. ("Plaintiff"), respectfully requests that the Court take Judicial
17
   Notice of Administrative Order of the Nevada Supreme Court No. 411, filed on January 4, 2008,
18
   which pertains to Nevada Public Defenders, their representation of clients during the preceding
19
   time frame applicable for this case, and which set forth future corrective measures to be taken
20
   pursuant to such Order.   Such Order has just come to this counsel's attention. A copy of such
21
   Order is submitted herewith.  (It is also independently available on the Internet.)
22
                              Respectfully submitted,
23                            Thomas J. Tanksley, Ltd.
                                 /s/ Thomas J. Tanksley    3-25-10
24                            Thomas J. Tanksley, Esq.
                              Nevada Bar No. 0431
25                            8683 W. Sahara Ave. #230
                              Las Vegas, NV 89117
26                            Tel. (702) 382-1700  Fax. 341-1144
                              Lawbytank@aol.com
27                            Attorney for Nathaniel Banks, Jr., Plaintiff

28

CERTIFICATE SERVICE

I hereby certify that service of the foregoing, together with the referenced Order is to be served on all remaining counsel of record in this suit as set forth below automatically by electronic means thorough the Court's electronic filing system on the day of filing:

Robert J. Gower, Esq., Chief Dep. Dist. Atty
David Roger, Esq. District Attorney
500 South Grand Central Pkwy.
P.O. Box. 552215
Las Vegas, NV 89155-2215
Phone 702-455-4761 Fax 382-5178
ROBERT.GOWER@ccdanv.com
Attorneys for Clark County and L.V. Justice Court


Laura Rehfeldt, Esq.,
Chief Deputy District Attorney
500 South Grand Central Pkwy.
P.O. Box. 552215
Las Vegas, NV 89155-2215
Phone 702-455-4761 Fax 382-5178
LAURA.REHFELDT@ccdanv.com
Attorney for Public Defender Defendants


Thomas J. Tanksley, Ltd.
   /s/ Thomas J. Tanksley  3-25-2010
Thomas J. Tanksley, Esq.
Lawbytank@aol.com
Attorney for Nathaniel Banks, Jr., Plaintiff