UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL BANKS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:09-cv-02424-RCJ-LRL |
| | ) | |
| CLARK COUNTY, NEVADA, et al., | ) | |
| | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

    Plaintiff Nathaniel Banks, Jr. has filed an Application for Leave to File Request for Judicial Notice (#26) two business days in advance of a hearing on three motions to dismiss his case. Plaintiff requests the Court to take judicial notice of an administrative order of the Nevada Supreme Court concerning the duties defense attorneys have to indigent defendants. Because this administrative order will not be helpful in deciding the motions before the Court, the motion is denied.

### CONCLUSION

    IT IS HEREBY ORDERED that the Application for Leave to File Request for Judicial Notice (#26) is DENIED.

    DATED:    March 31, 2010

_____
Robert C. Jones
United States District Judge