AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Nathaniel Banks, Jr.

                Plaintiff,

V.

Clark County Nevada, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-02424-RCJ-LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Defendants Clark County Nevada, Public Defender Philip J. Kohn, Public Defender Tierra D. Jones, Las Vegas Justice Court, and Clark County Detention Center and against Plaintiff Nathaniel Banks, Jr.

| April 2, 2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |