Thomas J. Tanksley, Esq.
Thomas J. Tanksley, Ltd.
Nev. Bar #0431
8683 W. Sahara Ave. #230
Las Vegas, NV 89117
(702) 382-1700 fax 341-1144
Email: lawbytank@aol.com
Attorney for Nathaniel Banks, Jr., Plaintiff/Appellant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL BANKS, JR., <br>     Plaintiff/Appellant, <br><br> vs. <br><br> CLARK COUNTY, NEVADA, a Governmental Body or Entity; <br> CLARK COUNTY PUBLIC DEFENDER PHILIP J. KOHN, Individually and also the AGENCY or OFFICE itself of CLARK COUNTY PUBLIC DEFENDER; <br> TIERRA D. JONES, Individually and as a Deputy Clark County Public Defender; <br> LAS VEGAS JUSTICE COURT; <br> Doe Individuals or Administrators 1-10, <br> Roe Entities 1-10, <br> Roe Institutions and Agencies 11-20, <br>     Defendants/Respondents. | Case No.: 2:09-CV-02424-RCJ-LRL <br><br><br><br><br><br> NOTICE OF APPEAL |

Notice is hereby given that NATHANIEL BANKS, JR., Plaintiff in the above-named case, hereby appeals to the Untied States Court of Appeals for the Ninth Circuit from the Order and Judgment of the District Court entered on or about April 2, 2010, granting the Defendants' Motions to Dismiss and dismissing Plaintiff's Amended Complaint.

                                   Thomas J. Tanksley, Ltd.

                                     /s/ Thomas J. Tanksley   4-27-10
                                   Thomas J. Tanksley, Esq.
                                   Nevada Bar No. 0431
                                   8683 W. Sahara Ave. #230
                                   Las Vegas, NV 89117
                                   Tel. (702) 382-1700  Fax. 341-1144
                                   Lawbytank@aol.com
                                   Attorney for Nathaniel Banks, Jr., Plaintiff/Appellant

1   REPRESENTATION STATEMENT

2   Plaintiff is Nathaniel Banks, Jr., currently residing in Arizona.  His attorney is:

3
4
5
6
    Thomas J. Tanksley, Esq.
    Thomas J. Tanksley, Ltd.
    8683 W. Sahara Ave. #230
    Las Vegas, NV 89117
    Tel. (702) 382-1700  Fax. 341-1144
    E-Mail: Lawbytank@aol.com

7   Defendants Clark County Public Defender Philip J. Kohn, individually and also

8   the Agency or Office itself of Clark County Public Defender, and  Tierra  D. Jones,

9   individually and as a Deputy Clark County Public Defender (Collectively, the "Public Defender

10  Defendants"), are represented by:

11
12
13
14
    Laura Rehfeldt, Esq.,
    Chief Deputy District Attorney
    500 South Grand Central Pkwy.
    P.O. Box. 552215
    Las Vegas, NV 89155-2215
    Phone 702-455-4761 Fax 382-5178
    LAURA.REHFELDT@ccdanv.com

15
16  Defendants Clark County and Las Vegas Justice Court are represented by:

17
18
19
20
    Robert J. Gower, Esq., Chief Dep. Dist. Atty
    David Roger, Esq. District Attorney
    500 South Grand Central Pkwy.
    P.O. Box. 552215
    Las Vegas, NV 89155-2215
    Phone 702-455-4761 Fax 382-5178
    ROBERT.GOWER@ccdanv.com

21
22  This Statement of Representation is Submitted by:

23
24
25
26
27
    Thomas J. Tanksley, Ltd.
        /s/ Thomas J. Tanksley_  4-27-10
    Thomas J. Tanksley, Esq.
    Nevada Bar No. 0431
    8683 W. Sahara Ave. #230
    Las Vegas, NV 89117
    Tel. (702) 382-1700  Fax. 341-1144
    Lawbytank@aol.com
    Attorney for Nathaniel Banks, Jr., Plaintiff

28  -2-

CERTIFICATE OF SERVICE RE:  NOTICE OF APPEAL, and including Statement of Representation

Plaintiff  NATHANIEL BANKS, JR. has served his NOTICE OF APPEAL, including Statement of Representation, by means of electronic service through the Court, and also by mailing such notice by first class mail postage prepaid in U.S. mails on  April 27, 2010, on all counsel of record as follows:

Robert J. Gower, Esq., Chief Dep. Dist. Atty
David Roger, Esq. District Attorney
500 South Grand Central Pkwy.
P.O. Box. 552215
Las Vegas, NV 89155-2215
Phone 702-455-4761 Fax 382-5178

ROBERT.GOWER@ccdanv.com
Attorneys for Clark County and L.V. Justice Court

Laura Rehfeldt, Esq.,
Chief Deputy District Attorney
500 South Grand Central Pkwy.
P.O. Box. 552215
Las Vegas, NV 89155-2215
Phone 702-455-4761 Fax 382-5178

LAURA.REHFELDT@ccdanv.com
Attorneys for the Public Defender Defendants

[The Clark County Detention Center was previously dismissed from the case]

                                              Thomas J. Tanksley, Ltd.

                                              ____/s/ Thomas J. Tanksley___  4-28-10
                                              Thomas J. Tanksley, Esq.
                                              Nevada Bar No. 0431
                                              8683 W. Sahara Ave. #230
                                              Las Vegas, NV 89117
                                              Tel. (702) 382-1700  Fax. 341-1144
                                              Lawbytank@aol.com
                                              Attorney for Nathaniel Banks, Jr., Plaintiff